**Electronically Filed
Supreme Court
SCPW-22-0000320
25-MAY-2022
10:19 AM
Dkt. 17 ODDP**

SCPW-22-0000320

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STEFANIE B. HILDRETH, Petitioner,

vs.

THE HONORABLE MICHELLE L. DREWYER,
Judge of the Family Court of the Second Circuit,
State of Hawaiʻi, Respondent Judge.

---

ORIGINAL PROCEEDING
(FC-M NO. 22-1-0058)

ORDER DENYING PETITION FOR WRITS OF PROHIBITION AND MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Stefanie B. Hildreth's petition for writs of prohibition and mandamus, filed on May 4, 2022, the documents attached and submitted in support, and the record, petitioner fails to demonstrate she has a clear and indisputable right to relief or that she lacks alternative means to seek relief. It also cannot be said that the respondent judge exceeded her jurisdiction, committed a flagrant and manifest abuse of discretion, or refused to act on a matter properly before the court under circumstances in which the judge has a

legal duty to act.  Petitioner is thus not entitled to the requested extraordinary writs.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (explaining that a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is meant to restrain a judge who has exceeded the judge's jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which the judge has a legal duty to act); Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of his [or her] jurisdiction").  Accordingly,

It is ordered that the petition for writs of prohibition and mandamus is denied.

DATED: Honolulu, Hawaiʻi, May 25, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2